## The Vincennes National Bank v. Cockrum et al.

From the Gibson Circuit Court.

*F. W. Viehe* and *R. G. Evans*, for appellant.

*W. M. Land, C. Denby, D. B. Kumler, H. A. Yeager, A. Iglehart* and *J. E. Iglehart*, for appellees.

Biddle, J.—This case involves the same principle, and is between the same parties, as *The Vincennes National Bank* v. *Cockrum, ante,* p. 229, decided at the present term. By the authority of that case, the judgment in this case is reversed, cause remanded, with instructions to overrule the motion to quash the writ of execution, and to render judgment accordingly.

### PETITION FOR A REHEARING.

Biddle, J.—The petition in this case is the same as that in case No. 6611, and is overruled for the same reasons.

Niblack, J., absent.

---

## The Vincennes National Bank v. Cockrum et al.

From the Gibson Circuit Court.

*F. W. Viehe* and *R. G. Evans*, for appellant.

*W. M. Land, C. Denby, D. B. Kumler, H. A. Yeager, A. Iglehart* and *J. E. Iglehart*, for appellees.

Biddle, J.—This case is between the same parties, and is in all respects the same, as *The Vincennes National Bank* v. *Cockrum, ante,* p. 229, decided at this term. By the authority of that case this judgment is, reversed, at the costs of the appellees, cause remanded with instructions to overrule the motion to quash the writ of execution, and to render judgment accordingly.

### PETITION FOR A REHEARING.

Biddle, J.—The petition in this case is the same as that in *The Vincennes National Bank* v. *Cockrum, ante,* p. 229, and for the same reasons is overruled.

Niblack, J., absent.

---

## McKenny et al. v. Cockrum et al.

From the Gibson Circuit Court.

*W. H. DeWolf* and *S. N. Chambers*, for appellants.

*W. M. Land, C. Denby, D. B. Kumler, H. A. Yeager, A. Iglehart* and *J. E. Iglehart*, for appellees.

Perkins, J.—The following is the assignment of error in this case: "The court below erred in sustaining the motion of appellees and quashing the execution mentioned in the record."

The question presented on this appeal is the same as that decided in the case of *The Vincennes National Bank* v. *Cockrum, ante,* p. 229.

On the authority of that case, the judgment in this is reversed, with costs, and the cause remanded, etc.